# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**KIMBERLY HOUSTON,**

    Plaintiff,

v.                                                          Case No. 2:21-cv-02393-SHM-cgc

**MEMPHIS LIGHT GAS AND WATER DIVISION,**

    Defendant.

## JUDGMENT

**JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on December 12, 2024, Judgment is hereby entered in favor of the Defendant Memphis Light Gas and Water Division.

This cause is hereby dismissed.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*December 12, 2024*                                     WENDY R. OLIVER
DATE                                                           CLERK

                                                                      JAIRO MENDEZ
                                                                      (BY) DEPUTY CLERK